# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2177

_____

Henry J. Langer

*Appellant*

v.

Commissioner of Internal Revenue

*Appellee*

_____

Appeal from the United States Tax Court

_____

Submitted: November 29, 2013
Filed: December 3, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Henry Langer appeals the tax court's[1] adverse grant of summary judgment in this collection action. Upon careful de novo review, see Cox v. Comm'r, 121 F.3d

_____

[1]The Honorable Lewis R. Carluzzo, United States Tax Court Judge.

390, 391 (8th Cir. 1997) (standard of review), we agree with the reasoning and conclusions of the tax court.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____